SAMUEL JACOBS, respondent,

*v.*

JOHN CHARNEY et al., appellants.

[Argued May 21st, 1948. Decided September 3d, 1948.]

*Mr. Milton M. Unger,* for the respondent.

*Mr. Isadore Glauberman,* for the appellants.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported at *138 N. J. Eq. 72.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, JACOBS, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 14.

*For reversal*—None.